**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **KELLI A. SEIBERT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br><br>*Defendant.* | **Case No. 2:25-cv-03090-JDW** |

**ORDER**

**AND NOW**, this 13th day of March 2026, upon consideration of Defendant City Of Philadelphia's Motion To Dismiss Plaintiff's Complaint (ECF No. 9), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.      The Motion is **GRANTED**;

2.      Ms. Seibert's claims for retaliation, failure to promote, harassment, and failure to accommodate are **DISMISSED WITH PREJUDICE**; and

3.      Ms. Seibert's claims for race and sex discrimination are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that if Ms. Seibert seeks to file an Amended Complaint, she may file a motion for leave to do so on or before March 26, 2026. Any such motion must attach the proposed Amended Complaint. If Ms. Seibert fails to file a proposed

Amended Complaint, then I will assume that she intends to stand on her Complaint, and

I will enter an Order dismissing her claims with prejudice and closing the case.

**BY THE COURT:**


_/s/ Joshua D. Wolson_

JOSHUA D. WOLSON, J.