**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLI A. SEIBERT,**<br>*Plaintiff*,<br>v.<br>**CITY OF PHILADELPHIA,**<br>*Defendant*. | **Case No. 2:25-cv-03090-JDW** |

**ORDER**

**AND NOW**, this 27th day of July 2026, upon consideration of Defendant City Of Philadelphia's Motion To Dismiss Plaintiff's Amended Complaint (ECF No. 18), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED.** Ms. Seibert's claims for race discrimination, sex discrimination, and a hostile work environment are **DISMISSED WITH PREJUDICE**. The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.